# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

*Plaintiff-Appellant,*

v.

RED ROOF INNS, INC.; RED ROOF
FRANCHISING, LLC; RRI WEST
MANAGEMENT, LLC; FMW RRI NC, LLC,

*Defendant-Appellees.*

No. 25-13187

## LIBERTY MUTUAL FIRE INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff-Appellant Liberty Mutual Fire Insurance Company ("LMFIC") hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement.

### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rules 26.1-1 through 26.1-3, to LMFIC's knowledge, the following persons and entities have an interest in the outcome of this appeal:

Adams, Nancy D.

A.F.[1]

Andersen, Tate, & Carr, P.C.

Baumrind, Michael Rosen

Bendin Sumrall & Ladner, LLC

Birg, Erika C.

Bondurant Mixson & Elmore, LLP

C.A.

Doe, Jane #1

Doe, Jane #2

Doe, Jane #3

Doe, Jane #4

D.P.

E.H.

Ely, Shattuck

Farrell, Ellen M.

Fellows LaBriola LLP

Floyd, John Earl

---

[1]     The plaintiffs in the actions underlying this insurance coverage dispute, who were named as nominal defendants, are identified by their initials or as Jane Doe to protect their identities in a manner consistent with that which was employed at the district court, because they allege they are the victims of sex trafficking.

FMW RRI, LLC

Gallo-Cook, Alexandra

H.B.

K.M.

K.P.

Liberty Mutual Fire Insurance Company

Liberty Mutual Group Inc.

Liberty Mutual Holding Company, Inc.

LMHC Massachusetts Holdings Inc.

Mesa, Juliana

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

M.B.

M.M.

Mykkeltvedt, Tiana Scogin

Nelson Mullins Riley & Scarborough LLP

Red Roof Franchising, LLC

Red Roof Inns, Inc.

R.K.

R.P.

RRI West Management, LLC

Rosenzweig, Andrew

Seals, Amanda Kay

Spratling, Jonathan

Stoddard, Matthew B.

Swift, Donald L. III

T.H.

The Honorable Leigh Martin May

The Stoddard Firm

Varghese, Manoj Sam

W.K.

Zadek, Alec J.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, LMFIC states that it is a subsidiary of Liberty Mutual Group Inc. and that no publicly traded corporation owns more than 10% of LMFIC's stock.

Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.  LMHC Massachusetts Holdings

Inc. owns 100% of Liberty Mutual Group Inc.  Liberty Mutual Group Inc.

owns 100% of Liberty Mutual Fire Insurance Company.

> */s/ Nancy D. Adams*
> Nancy D. Adams
> MINTZ, LEVIN, COHN, FERRIS,
> GLOVSKY AND POPEO, P.C.
> One Financial Center
> Boston, MA 02111
> Telephone: (617) 542-6000
> NDAdams@mintz.com
>
> *Of Counsel for Plaintiff-Appellant,*
> *Liberty Mutual Fire Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in the CM/ECF system.

September 26, 2025                          */s/ Nancy D. Adams*