| David J. Smith | For rules and forms visit |
| --- | --- |
| Clerk of Court | www.ca11.uscourts.gov |

October 02, 2025

Nancy D. Adams
Mintz Levin Cohn Ferris Glovsky & Popeo, PC
1 FINANCIAL CTR
BOSTON, MA 02111-2621

Andrew J. Rosenzweig
Bendin Sumrall & Ladner, LLC
1360 PEACHTREE ST NE STE 800
ATLANTA, GA 30309

Kathleen Simcoe
Bendin Sumrall & Ladner, LLC
1360 PEACHTREE ST NE STE 800
ATLANTA, GA 30309

Alec Zadek
Mintz Levin Cohn Ferris Glovsky & Popeo, PC
1 FINANCIAL CTR
BOSTON, MA 02111-2621

Appeal Number: 25-13187-JJ
Case Style: Liberty Mutual Fire Insurance Company v. Red Roof Inns, Inc., et al
District Court Docket No: 1:23-cv-02047-LMM

NOTICE OF APPEAL FILED: <u>September 12, 2025</u>

After review of the district court docket entries, order and/or judgment appealed from, and the notice of appeal, it appears that this court may lack jurisdiction over this appeal. If it is determined that this court is without jurisdiction, this appeal will be dismissed.

The parties are requested to simultaneously advise the court in writing within fourteen (14) days from the date of this letter of their position regarding the jurisdictional question(s) set forth on the attached page. Counsel must submit their response electronically, and do not need to provide paper copies. The responses must include a Certificate of Interested Persons and Corporate

Disclosure Statement as described in Fed.R.App.P. 26.1 and the corresponding circuit rules. Requests for extensions of time to file a response are disfavored.

After fourteen (14) days, this court will consider any response(s) filed and any portion of the record that may be required to resolve the jurisdictional issue(s). Please note that the issuance of a jurisdictional question does not stay the time for filing appellant's briefs otherwise provided by 11th Cir. R. 31-1.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

JUR-1 Resp reqd JQ