Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**APPELLEES' CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 25-13187

**Caption:**
LIBERTY MUTUAL FIRE INSURANCE COMPANY, Plaintiff-Appellant,

v.

RED ROOF INNS, INC.; RED ROOF FRANCHISING, LLC; RRI WEST MANAGEMENT, LLC; FMW RRI NC, LLC,

District and Division: Northern Georgia, Atlanta Division
Name of Judge: Judge Leigh Martin May
Nature of Suit: Insurance Declaratory Judgment and Breach of Contract
Date Complaint Filed: 05/3/20223
District Court Docket Number: 1:23-cv-2047-LMM
Date Notice of Appeal Filed: September 12, 2025
☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Andrew Rosenzweig | Bendin Sumrall & Ladner, LLC<br>One Midtown Plaza<br>1360 Peachtree Street NE, Suite 800 | Tel: (404) 671-3100<br>Fax: (404) 671-3080<br>arosenzweig@bcllaw.net |
| **For Appellee**<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Shattuck Ely | Fellows LaBriola LLP<br>Suite 2400 Harris Tower<br>233 Peachtree Street, N.E. | Tel: (404) 586-9200<br>tely@fellab.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question<br>☑ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☑ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$_____<br>Amount Sought by Defendant:<br>$_____<br>Awarded:<br>$_____<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary   ☐ Granted<br>☐ Permanent    ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

    If Yes, provide
    (a) Case Name/Statute  Trafficking Victims Protection Reauthorization Act
    (b) Citation  18 U.S.C. § 1595
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes ☐ No

    If Yes, provide
    (a) Case Name  See below attachment
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit? ☐ Yes ☑ No
    (b) Among circuits? ☐ Yes ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

### Whether the District Court properly granted Appellees' Motion to Dismiss and dismissed without prejudice Appellants' Second Amended Complaint.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __6th__ DAY OF __October__, __2025__.

Shattuck Ely  
NAME OF COUNSEL (Print)

s/Shattuck Ely  
SIGNATURE OF COUNSEL

(3)(b): Cases now pending or about to be brought before this court or any other court or administrative agency that involve an issue that is substantially the same, similar, or related to an issue in this appeal:

1. Red Roof Inns, Inc., et al v. Liberty Mutual Fire Ins. Co.
   Case No. 24CV002683
   Court of Common Pleas Franklin County, Ohio

2. Red Roof Inns, Inc., et al v. Liberty Mutual Fire Ins. Co.
   Case No. 2:25-cv-00352
   U.S. District Court for the Southern District of Ohio

3. Liberty Mutual Fire Ins. Co. v. Red Roof Inns, Inc., et al.
   Case No. 2:23-cv-01692-KBH
   U.S. District Court for the Eastern District of Pennsylvania