No. 25-13187

# In the United States Court of Appeals for the Eleventh Circuit

---

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

Plaintiff-Appellant,

*v.*

RED ROOF INNS, INC.; RED ROOF FRANCHISING, LLC; RRI WEST MANAGEMENT, LLC; FMW RRI NC, LLC,

Defendants-Appellees,

JANE DOE #1; JANE DOE #2; JANE DOE #3; JANE DOE #4; W.K.; E.H.; M.M.; R.P.; M.B.; D.P.; A.F.; C.A.; R.K.; K.P.; T.H.; H.B.; AND K.M.,

Nominal Defendants.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

---

**PLAINTIFF-APPELLANT'S UNOPPOSED MOTION TO EXTEND THE BRIEFING SCHEDULE**

---

| | |
|---|---|
| Andrew Rosenzweig | Nancy D. Adams |
| BENDIN SUMRALL & LADNER, LLC | *Counsel of Record* |
| One Midtown Plaza | Alec J. Zadek |
| 1360 Peachtree Street, NE | MINTZ, LEVIN, COHN, FERRIS, |
| Atlanta, GA 30309 | GLOVSKY AND POPEO, P.C. |
| (404) 671-3100 | One Financial Center |
| | Boston, MA 02111 |
| | (617) 542-6000 |

OCTOBER 8, 2025

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rules 26.1-1 through 26.1-3, to Plaintiff-Appellant Liberty Mutual Fire Insurance Company's knowledge, the following persons and entities have an interest in the outcome of this appeal:

Adams, Nancy D.

A.F.[1]

Andersen, Tate, & Carr, P.C.

Baumrind, Michael Rosen

Bendin Sumrall & Ladner, LLC

Birg, Erika C.

Bondurant Mixson & Elmore, LLP

C.A.

Doe, Jane #1

Doe, Jane #2

Doe, Jane #3

---

[1] The plaintiffs in the actions underlying this insurance coverage dispute, who were named as nominal defendants, are identified by their initials or as Jane Doe to protect their identities in a manner consistent with that which was employed at the district court, because they allege they are the victims of sex trafficking.

Doe, Jane #4

D.P.

E.H.

Ely, Shattuck

Farrell, Ellen M.

Fellows LaBriola LLP

Floyd, John Earl

FMW RRI, LLC

Gallo-Cook, Alexandra

H.B.

K.M.

K.P.

Liberty Mutual Fire Insurance Company

Liberty Mutual Group Inc.

Liberty Mutual Holding Company, Inc.

LMHC Massachusetts Holdings Inc.

Mesa, Juliana

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

M.B.

No. 25-13187
*Liberty Mut. Fire Ins. Co. v. Red Roof Inns, Inc.*

M.M.

Mykkeltvedt, Tiana Scogin

Nelson Mullins Riley & Scarborough LLP

Red Roof Franchising, LLC

Red Roof Inns, Inc.

R.K.

R.P.

RRI West Management, LLC

Rosenzweig, Andrew

Seals, Amanda Kay

Spratling, Jonathan

Stoddard, Matthew B.

Swift, Donald L. III

T.H.

The Honorable Leigh Martin May

The Stoddard Firm

Varghese, Manoj Sam

W.K.

Zadek, Alec J.

Liberty Mutual Fire Insurance Company states that it is a subsidiary of Liberty Mutual Group Inc. and that no publicly traded corporation owns more than 10% of Liberty Mutual Fire Insurance Company's stock.

Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc. LMHC Massachusetts Holdings Inc. owns 100% of Liberty Mutual Group Inc. Liberty Mutual Group Inc. owns 100% of Liberty Mutual Fire Insurance Company.

                                            */s/ Nancy D. Adams*
                                            Nancy D. Adams

**REQUESTED RELIEF**

Appellant Liberty Mutual Fire Insurance Company respectfully moves under Federal Rule of Appellate Procedure 26(b), Eleventh Circuit Rule 26-1, and Eleventh Circuit Rule 31-2(a) to extend the deadline for Appellant to file its opening brief by sixty-one (61) days, from October 22, 2025, to December 22, 2025, and for Appellees to receive forty-five (45) days to file their response, making the response brief due on February 5, 2026.

**GROUNDS FOR UNOPPOSED MOTION**

Appellant has not requested any prior extension, and the current request is not made for any inappropriate purpose. This case raises complex issues of insurance coverage for claims brought under the Trafficking Victims Protection Reauthorization Act. Appellant respectfully requests that the Court grant the extension to ensure sufficient time, inclusive of counsel's other professional obligations, to evaluate the issues on appeal. Moreover, the proposed extensions account for the intervening fall and winter holidays. Accordingly, Appellant requests an additional sixty-one (61) days to file its opening

brief, and, in turn, proposes that the Appellees receive forty-five (45) days to file their response, making the response brief due on February 5, 2026.

**STATEMENT OF CONSENT**

Counsel for Appellees Red Roof Inns, Inc., Red Roof Franchising, LLC, RRI West Management, LLC, and FMW RRI NC, LLC (the "Red Roof Appellees") has stated that the Red Roof Appellees consent to the relief sought by this motion. Counsel for Nominal Defendants Jane Doe #1, Jane Doe #2, Jane Doe #3, Jane Doe #4, W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., T.H., H.B., and K.M. has stated that Nominal Defendants do not intend to participate in this appeal.

**CONCLUSION**

For good cause shown, Appellant respectfully requests an order extending the time to file Appellant's opening brief by sixty-one (61) days, from October 22, 2025, to December 22, 2025, and setting Appellees' time to respond to forty-five (45) days thereafter, making their response brief due on February 5, 2026.

|  | Respectfully submitted, |
|  | /s/ *Nancy D. Adams* |
| Andrew Rosenzweig | Nancy D. Adams |
| BENDIN SUMRALL & LADNER, LLC | Alec J. Zadek |
| One Midtown Plaza | MINTZ, LEVIN, COHN, FERRIS, |
| 1360 Peachtree Street, NE |  GLOVSKY, AND POPEO, P.C. |
| Atlanta, GA 30309 | One Financial Center |
| (404) 671-3100 | Boston, MA 02111 |
|  | (617) 542-6000 |

OCTOBER 8, 2025

## CERTIFICATE OF COMPLIANCE

I, Nancy D. Adams, a member of the Bar of this Court and counsel for Appellant, hereby certify pursuant to Federal Rules of Appellate Procedure 27(d)(1)(E), 27(d)(2)(A), and 32(g)(1), that the foregoing motion is proportionally spaced, has a typeface of 14 points or more, and contains 319 words, excluding the parts of the motion exempted from length limits by Rules 27(d)(2) and 32(f).

                                                        */s/ Nancy D. Adams*
                                                        Nancy D. Adams

... 

## CERTIFICATE OF SERVICE

I hereby certify that, on October 8, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

                                                */s/ Nancy D. Adams*
                                                Nancy D. Adams