Appeal No. 25-13187

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

Appellant,

v.

RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC,
RRI WEST MANAGEMENT, LLC, and FMW RRI NC, LLC,

Appellees.

On Appeal from the United States District Court
For the Northern District of Georgia

**APPELLEES' CERTIFICATE OF INTERESTED PERSONS**

Shattuck Ely
Georgia Bar No. 246944
J. Alexander Prescott
Georgia Bar No. 966471
Jonathan Spratling
Georgia Bar No. 358001
FELLOWS LABRIOLA LLP
Suite 2400, Harris Tower
233 Peachtree Street, N.E.
Atlanta, Georgia 30303-1731
(404) 586-9200

Attorneys For Appellees

<u>Liberty Mutual Fire Ins. Co. v. Red Roof Inns, Inc., et al.</u>
Appeal No. 25-13187

Pursuant to 11th Circuit Rules 26.1-1 through 26.1-3, Appellees hereby submit the following Certificate of Interested Persons and Corporate Disclosure Statement, and pursuant to Federal Rule of Appellate Procedure 26.1, hereby certifies that the following is a complete list of the trial judges, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party in this case:

1. Adams, Nancy D.
2. A.F.[1]
3. Andersen, Tate, & Carr, P.C.
4. Baumrind, Michael R.
5. Bendin Sumrall & Ladner, LLC
6. Birg, Erika C.

---

[1] Because they allege they are trafficking victims, the Nominal Defendant-Appellees are identified either by their initials or as Jane Doe.

7. Bondurant Mixson & Elmore, LLP

8. C.A.

9. Doe, Jane #1

10. Doe, Jane #2

11. Doe, Jane #3

12. Doe, Jane #4

13. D.P.

14. E.H.

15. Ely, Shattuck

16. Farrell, Ellen M.

17. Fellows LaBriola LLP

18. Floyd, John E.

19. FMW RRI, LLC

20. Gallo-Cook, Alexandra

21. H.B.

22. K.M.

23. K.P.

24. Liberty Mutual Fire Insurance Company

25. Liberty Mutual Group Inc.

26. Liberty Mutual Holding Company, Inc.

27. LMHC Massachusetts Holdings Inc.

28. May, The Honorable Leigh Martin

29. Mesa, Juliana

30. Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

31. M.B.

32. M.M.

33. Mykkeltvedt, Tiana S.

34. Nelson Mullins Riley & Scarborough LLP

35. Prescott, J. Alexander

36. Red Roof Franchising, LLC

37. Red Roof Inns, Inc.

38. R.K.

39. R.P.

40. RRI West Management, LLC

41. Rosenzweig, Andrew J.

42. Seals, Amanda Kay

43. Spratling, Jonathan

44. Stoddard, Matthew B.

45. Swift, Donald L. III

46. T.H.

47. The Stoddard Firm

48. Tonge, Jonathan

49. Varghese, Manoj Sam

50. W.K.

51. Zadek, Alec J.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Circuit Rule 26.1-3(b), Counsel for Appellees certify that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

<u>Liberty Mutual Fire Ins. Co. v. Red Roof Inns, Inc., et al.</u>
Appeal No. 25-13187

Respectfully submitted, this 9th day of October, 2025.

                                      **FELLOWS LABRIOLA LLP**

                                      <u>*/s/ Shattuck Ely*</u>
                                      Shattuck Ely
                                      Georgia Bar No. 246944
                                      tely@fellab.com
                                      J. Alexander Prescott
                                      Georgia Bar No. 966471
                                      Jonathan Spratling
                                      Georgia Bar No. 358001
                                      jspratling@fellab.com

Peachtree Center
Suite 2400 Harris Tower
233 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 586-9200

                                      *Attorneys for Appellees Red Roof*
                                      *Inns, Inc., Red Roof Franchising,*
                                      *LLC, RRI West Management,*
                                      *LLC, and FMW RRI, LLC*

<u>Liberty Mutual Fire Ins. Co. v. Red Roof Inns, Inc., et al.</u>
Appeal No. 25-13187

## **CERTIFICATE OF SERVICE**

I hereby certify that this day I have electronically filed the foregoing pleading using the clerk's office ECF system, which will send email notification of the filing all counsel of record.

This 9th day of October, 2025.

/s/ Shattuck Ely
Shattuck Ely