In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-13187

_____

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

                                                   *Plaintiff-Appellant,*

versus

RED ROOF INNS, INC.,
RED ROOF FRANCHISING, LLC,
RRI WEST MANAGEMENT, LLC,
FMW RRI NC, LLC,
JANE DOE, #1, et al.,

                                                   *Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02047-LMM

_____

ORDER:

The motion for an extension of time to and including December 22, 2025 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Andrew L. Brasher
UNITED STATES CIRCUIT JUDGE