No. 25-13187

# United States Court of Appeals for the Eleventh Circuit

**LIBERTY MUTUAL FIRE INSURANCE CO.,**

*Plaintiff–Appellant,*

v.

**RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT LLC, AND FMW RRI NC, LLC,**

*Defendants-Appellees.*

*On Appeal from the United States District Court for the Northern District of Georgia*
*No. 1:23-cv-2047*

## NOMINAL DEFENDANT–APPELLEES' CERTIFICATE OF INTERESTED PERSONS

Patrick J. McDonough
Jonathan S. Tonge
Rory A.. Weeks
ANDERSEN, TATE & CARR, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, GA 30097

October 27, 2025     *Counsel for Nominal Defendants–Appellees*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

These people and entities have an interest in this case's outcome:

- Adams, Nancy D.
- A.F.[1]
- Andersen, Tate, & Carr, P.C.
- Baumrind, Michael R.
- Bendin Sumrall & Ladner, LLC
- Birg, Erika C.
- Bondurant Mixson & Elmore, LLP
- C.A.
- Doe, Jane #1
- Doe, Jane #2
- Doe, Jane #3
- Doe, Jane #4
- D.P.
- E.H.
- Ely, Shattuck

---

[1] Because they are trafficking victims, the Nominal Defendant–Appellees are identified either by their initials or as Jane Doe.

- Farrell, Ellen M.
- Fellows LaBriola LLP
- Floyd, John E.
- FMW RRI, LLC
- Gallo-Cook, Alexandra
- H.B.
- K.M.
- K.P.
- Liberty Mutual Fire Insurance Company
- Liberty Mutual Group Inc.
- Liberty Mutual Holding Company, Inc.
- LMHC Massachusetts Holdings Inc.
- May, The Honorable Leigh Martin
- Mesa, Juliana
- McDonough, Patrick J.
- Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
- M.B.
- M.M.
- Mykkeltvedt, Tiana S.

- Nelson Mullins Riley & Scarborough LLP

- Prescott, J. Alexander

- Red Roof Franchising, LLC

- Red Roof Inns, Inc.

- R.K.

- R.P.

- RRI West Management, LLC

- Rosenzweig, Andrew J.

- Seals, Amanda Kay

- Spratling, Jonathan

- Stoddard, Matthew B.

- Swift, Donald L. III

- T.H.

- The Stoddard Firm

- Tonge, Jonathan

- Varghese, Manoj Sam

- Weeks, Rory A.

- W.K.

- Zadek, Alec J.

No. 25-13187
*Liberty Mutual Fire Insurance v. Red Roof Inns, Inc., et al.*

No publicly traded company or corporation has an interest in the outcome of the case or appeal.

Respectfully submitted on October 27, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
JONATHAN S. TONGE
Georgia Bar No. 303999
RORY A. WEEKS
Georgia Bar No. 113491

*Counsel for A.F., C.A., D.P., E.H., H.B., Jane Doe I, Jane Doe II, Jane Doe III, Jane Doe IV, K.P., M.B., M.M., R.K., R.P., T.H., W.K.*

1960 Satellite Boulevard
Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
rweeks@atclawfirm.com

## CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6).

*/s/ Rory A. Weeks*
Rory A. Weeks
