# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>*Plaintiff-Appellant,*<br><br>v.<br><br>RED ROOF INNS, INC.; RED ROOF FRANCHISING, LLC; RRI WEST MANAGEMENT, LLC; FMW RRI NC, LLC,<br><br>*Defendant-Appellees.* | No. 25-13187 |

### LIBERTY MUTUAL FIRE INSURANCE COMPANY'S AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff-Appellant Liberty Mutual Fire Insurance Company ("LMFIC") hereby submits its Amended Certificate of Interested Persons and Corporate Disclosure Statement. Amendments are marked in bold text.

### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rules 26.1-1 through 26.1-3, to LMFIC's knowledge, the following persons and entities have an interest in the outcome of this appeal:

Adams, Nancy D.

A.F.[1]

Andersen, Tate, & Carr, P.C.

Baumrind, Michael Rosen

Bendin Sumrall & Ladner, LLC

Birg, Erika C.

Bondurant Mixson & Elmore, LLP

**Butler Weihmuller Katz Craig LLP**

C.A.

Doe, Jane #1

Doe, Jane #2

Doe, Jane #3

Doe, Jane #4

D.P.

E.H.

Ely, Shattuck

~~Farrell, Ellen M.~~

Fellows LaBriola LLP

---

[1]   The plaintiffs in the actions underlying this insurance coverage dispute, who were named as nominal defendants, are identified by their initials or as Jane Doe to protect their identities in a manner consistent with that which was employed at the district court, because they allege they are the victims of sex trafficking.

Floyd, John Earl

FMW RRI, LLC

Gallo-Cook, Alexandra

H.B.

K.M.

K.P.

Liberty Mutual Fire Insurance Company

Liberty Mutual Group Inc.

Liberty Mutual Holding Company, Inc.

LMHC Massachusetts Holdings Inc.

Mesa, Juliana

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

M.B.

M.M.

Mykkeltvedt, Tiana Scogin

Nelson Mullins Riley & Scarborough LLP

Red Roof Franchising, LLC

Red Roof Inns, Inc.

R.K.

No. 25-13187, *Liberty Mutual Fire Insurance Co. v. Red Roof Inns, Inc.*

R.P.

RRI West Management, LLC

Rosenzweig, Andrew

**Scott, Latasha L.**

Seals, Amanda Kay

Spratling, Jonathan

Stoddard, Matthew B.

Swift, Donald L. III

T.H.

The Honorable Leigh Martin May

The Stoddard Firm

Varghese, Manoj Sam

W.K.

Zadek, Alec J.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, LMFIC states that it is a subsidiary of Liberty Mutual Group Inc. and that no publicly traded corporation owns more than 10% of LMFIC's stock.

No. 25-13187, *Liberty Mutual Fire Insurance Co. v. Red Roof Inns, Inc.*

Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc. LMHC Massachusetts Holdings Inc. owns 100% of Liberty Mutual Group Inc. Liberty Mutual Group Inc. owns 100% of Liberty Mutual Fire Insurance Company.

/s/ *Nancy D. Adams*
Nancy D. Adams
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
NDAdams@mintz.com

*Counsel for Plaintiff-Appellant,*
*Liberty Mutual Fire Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in the CM/ECF system.

December 22, 2025                                         */s/Nancy D. Adams*