Appeal No. 25-13187

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

Appellant,

v.

RED ROOF INNS, INC., RED ROOF FRANCHISING, LLC, RRI WEST MANAGEMENT, LLC, and FMW RRI NC, LLC,

Appellees.

On Appeal from the United States District Court
For the Northern District of Georgia

**APPELLEES' UNOPPOSED MOTION TO
EXTEND TIME TO FILE BRIEF**

Shattuck Ely
Georgia Bar No. 246944
J. Alexander Prescott
Georgia Bar No. 966471
Jonathan Spratling
Georgia Bar No. 358001
FELLOWS LABRIOLA LLP
Suite 2400, Harris Tower
233 Peachtree Street, N.E.
Atlanta, Georgia 30303-1731
(404) 586-9200
Attorneys For Appellees

<u>Liberty Mutual Fire Ins. Co. v. Red Roof Inns, Inc., et al.</u>
Appeal No. 25-13187

Pursuant to 11th Circuit Rules 26.1-1 through 26.1-3, Appellees hereby submit the following Certificate of Interested Persons and Corporate Disclosure Statement, and pursuant to Federal Rule of Appellate Procedure 26.1, hereby certifies that the following is a complete list of the trial judges, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party in this case:

1. Adams, Nancy D.
2. A.F.[1]
3. Andersen, Tate, & Carr, P.C.
4. Baumrind, Michael R.
5. Bendin Sumrall & Ladner, LLC
6. Birg, Erika C.

---

[1] Because they allege they are trafficking victims, the Nominal Defendant-Appellees are identified either by their initials or as Jane Doe.

C-1 of 4

<u>Liberty Mutual Fire Ins. Co. v. Red Roof Inns, Inc., et al.</u>
Appeal No. 25-13187

7. Bondurant Mixson & Elmore, LLP

8. C.A.

9. Doe, Jane #1

10. Doe, Jane #2

11. Doe, Jane #3

12. Doe, Jane #4

13. D.P.

14. E.H.

15. Ely, Shattuck

16. Farrell, Ellen M.

17. Fellows LaBriola LLP

18. Floyd, John E.

19. FMW RRI, LLC

20. Gallo-Cook, Alexandra

21. H.B.

22. K.M.

23. K.P.

24. Liberty Mutual Fire Insurance Company

Liberty Mutual Fire Ins. Co. v. Red Roof Inns, Inc., et al.
Appeal No. 25-13187

25. Liberty Mutual Group Inc.

26. Liberty Mutual Holding Company, Inc.

27. LMHC Massachusetts Holdings Inc.

28. May, The Honorable Leigh Martin

29. Mesa, Juliana

30. Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

31. M.B.

32. M.M.

33. Mykkeltvedt, Tiana S.

34. Nelson Mullins Riley & Scarborough LLP

35. Prescott, J. Alexander

36. Red Roof Franchising, LLC

37. Red Roof Inns, Inc.

38. R.K.

39. R.P.

40. RRI West Management, LLC

41. Rosenzweig, Andrew J.

42. Seals, Amanda Kay

<u>Liberty Mutual Fire Ins. Co. v. Red Roof Inns, Inc., et al.</u>
Appeal No. 25-13187

43. Spratling, Jonathan

44. Stoddard, Matthew B.

45. Swift, Donald L. III

46. T.H.

47. The Stoddard Firm

48. Tonge, Jonathan

49. Varghese, Manoj Sam

50. W.K.

51. Zadek, Alec J.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Circuit Rule 26.1-3(b), Counsel for Appellees certify that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

<u>Liberty Mutual Fire Ins. Co. v. Red Roof Inns, Inc., et al.</u>
Appeal No. 25-13187

Appellees Red Roof Inns, Inc., Red Roof Franchising, LLC, RRI West Management, LLC, and FMW RRI NC, LLC ("Appellees"), pursuant to Federal Rule of Appellate Procedure 26(b), Eleventh Circuit Rule 26-1, and Eleventh Circuit Rule 31-2, hereby move the Court to extend the time for Appellees to file their brief by forty-five(45) days through and including February 5, 2026, and show the Court the following:

Appellees previously consented to a sixty-one (61) day extension for Appellant to file its opening brief. Appellees have not requested a prior extension, and the current request is not made for any inappropriate purpose. This case raises complex issues of insurance coverage for claims brought under the Trafficking Victims Protection Reauthorization Act. Appellees respectfully request that the Court grant the extension to ensure sufficient time, inclusive of the winter holidays and counsel's other professional obligations, to evaluate the issues on appeal. Accordingly, Appellees request an additional forty-five (45) days to file their response, making the response brief due on February 5, 2026.

1

<u>Liberty Mutual Fire Ins. Co. v. Red Roof Inns, Inc., et al.</u>
Appeal No. 25-13187

## STATEMENT OF CONSENT

Counsel for Appellees has consulted with Counsel for Appellant Liberty Mutual Fire Insurance Company, and Nominal Defendants Jane Doe #1, Jane Doe #2, Jane Doe #3, Jane Doe #4, W.K., E.H., M.M., R.P., M.B., D.P., A.F., C.A., R.K., K.P., T.H., H.B., and K.M. Counsel for Appellant and Nominal Defendants consent to the relief sought by this motion.

## CONCLUSION

WHEREFORE, Appellees respectfully request an order extending the time to file their brief by forty-five (45) days, making their response brief due on February 5, 2026.

Respectfully submitted, this 23rd day of December, 2025.

**FELLOWS LABRIOLA LLP**

*/s/ Shattuck Ely*
Shattuck Ely
Georgia Bar No. 246944
tely@fellab.com
J. Alexander Prescott
Georgia Bar No. 966471
Jonathan Spratling
Georgia Bar No. 358001
jspratling@fellab.com

2

<u>Liberty Mutual Fire Ins. Co. v. Red Roof Inns, Inc., et al.</u>
Appeal No. 25-13187

Peachtree Center
Suite 2400 Harris Tower
233 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 586-9200

*Attorneys for Appellees Red Roof Inns, Inc., Red Roof Franchising, LLC, RRI West Management, LLC, and FMW RRI, LLC*

<u>Liberty Mutual Fire Ins. Co. v. Red Roof Inns, Inc., et al.</u>
Appeal No. 25-13187

## CERTIFICATE OF COMPLIANCE

I, Shattuck Ely, a member of the Bar of this Court and counsel for Appellees Red Roof Franchising, LLC, RRI West Management, LLC, and FMW RRI NC, LLC, hereby certify pursuant to Federal Rules of Appellate Procedure 27(d)(1)(E), 27(d)(2)(A), and 32(g)(1), that the foregoing motion is proportionally spaced, has a typeface of 14 points or more, and contains 254 words, excluding the parts of the motion exempted from length limits by Rules 32(f).

*/s/ Shattuck Ely*
Shattuck Ely

<u>Liberty Mutual Fire Ins. Co. v. Red Roof Inns, Inc., et al.</u>
Appeal No. 25-13187

## **CERTIFICATE OF SERVICE**

I hereby certify that this day I have electronically filed the foregoing pleading using the clerk's office ECF system, which will send email notification of the filing all counsel of record.

This 23rd day of December, 2025.

/s/ Shattuck Ely
Shattuck Ely
