No. 25-13187

# In the United States Court of Appeals for the Eleventh Circuit

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

Plaintiff-Appellant,

*v.*

RED ROOF INNS, INC.; RED ROOF FRANCHISING, LLC; RRI WEST MANAGEMENT, LLC; FMW RRI NC, LLC,

Defendants-Appellees,

JANE DOE #1; JANE DOE #2; JANE DOE #3; JANE DOE #4; W.K.; E.H.; M.M.; R.P.; M.B.; D.P.; A.F.; C.A.; R.K.; K.P.; T.H.; H.B.; AND K.M.,

Nominal Defendants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

## UNOPPOSED MOTION TO WITHDRAW

| | |
|---|---|
| Latasha L. Scott | Nancy D. Adams |
| BUTLER WEIHMULLER | *Counsel of Record* |
|   KATZ CRAIG LLP | Alec J. Zadek |
| 400 N. Ashley Drive, Suite 2300 | Mitchell J. Clough |
| Tampa, FL 33602 | MINTZ, LEVIN, COHN, FERRIS, |
| (813) 281-1900 |   GLOVSKY AND POPEO, P.C. |
| | One Financial Center |
| Andrew Rosenzweig | Boston, MA 02111 |
| BENDIN SUMRALL & LADNER, LLC | (617) 542-6000 |
| One Midtown Plaza | |
| 1360 Peachtree Street, NE | |
| Atlanta, GA 30309 | |
| (404) 671-3100 | |

DECEMBER 29, 2025

No. 25-13187
*Liberty Mut. Fire Ins. Co. v. Red Roof Inns, Inc.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rules 26.1-1 through 26.1-3, to Plaintiff-Appellant Liberty Mutual Fire Insurance Company's knowledge, the following persons and entities have an interest in the outcome of this appeal:

Adams, Nancy D.

A.F.[1/]

Andersen, Tate, & Carr, P.C.

Baumrind, Michael Rosen

Bendin Sumrall & Ladner, LLC

Birg, Erika C.

Bondurant Mixson & Elmore, LLP

Butler Weihmuller Katz Craig LLP

C.A.

Clough, Mitchell J.

---

[1/] The plaintiffs in the actions underlying this insurance-coverage dispute, who were named as nominal defendants, are identified by their initials or as Jane Doe to protect their identities in a manner consistent with that which was employed at the District Court, because they allege they are the victims of sex trafficking.

Doe, Jane #1

Doe, Jane #2

Doe, Jane #3

Doe, Jane #4

D.P.

E.H.

Ely, Shattuck

Fellows LaBriola LLP

Floyd, John Earl

FMW RRI, LLC

Gallo-Cook, Alexandra

H.B.

K.M.

K.P.

Liberty Mutual Fire Insurance Company

Liberty Mutual Group Inc.

Liberty Mutual Holding Company, Inc.

LMHC Massachusetts Holdings Inc.

Mesa, Juliana

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

M.B.

M.M.

Mykkeltvedt, Tiana Scogin

Nelson Mullins Riley & Scarborough LLP

Red Roof Franchising, LLC

Red Roof Inns, Inc.

R.K.

R.P.

RRI West Management, LLC

Rosenzweig, Andrew

Scott, Latasha L.

Seals, Amanda Kay

Spratling, Jonathan

Stoddard, Matthew B.

Swift, Donald L. III

T.H.

The Honorable Leigh Martin May

The Stoddard Firm

Varghese, Manoj Sam

W.K.

Zadek, Alec J.

Liberty Mutual Fire Insurance Company states that it is a subsidiary of Liberty Mutual Group Inc. and that no publicly traded corporation owns more than 10% of Liberty Mutual Fire Insurance Company's stock.

Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc. LMHC Massachusetts Holdings Inc. owns 100% of Liberty Mutual Group Inc. Liberty Mutual Group Inc. owns 100% of Liberty Mutual Fire Insurance Company.

<div style="text-align: right;">

*/s/ Andrew Rosenzweig*
Andrew Rosenzweig

</div>

## UNOPPOSED MOTION TO WITHDRAW

Andrew Rosenzweig hereby moves to withdraw as counsel for Plaintiff-Appellant Liberty Mutual Fire Insurance Company. Remaining counsel for Liberty Mutual Fire Insurance Company will continue to ably represent Appellant in this matter, and Mr. Rosenzweig's withdrawal will not cause any delay or prejudice to any party. Counsel for Defendants-Appellees and Nominal Defendants have been advised of this motion and have stated that they do not oppose it.

Accordingly, Mr. Rosenzweig respectfully requests that he be permitted leave to withdraw as counsel for Liberty Mutual Fire Insurance Company.

<div style="display:flex">
<div>

Nancy D. Adams
  *Counsel of Record*
Alec J. Zadek
Mitchell J. Clough
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Latasha L. Scott
BUTLER WEIHMULLER
  KATZ CRAIG LLP
400 N. Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900

DECEMBER 29, 2025

</div>
<div>

Respectfully submitted,

*/s/ Andrew Rosenzweig*
Andrew Rosenzweig (withdrawing)
BENDIN SUMRALL & LADNER, LLC
One Midtown Plaza
1360 Peachtree Street, NE
Atlanta, GA 30309
(404) 671-3100

</div>
</div>

- 2 -

## CERTIFICATE OF COMPLIANCE

I, Andrew Rosenzweig, a member of the Bar of this Court and counsel for Appellant, hereby certify pursuant to Federal Rules of Appellate Procedure 27(d)(1)(E), 27(d)(2)(A), and 32(g)(1), that the foregoing response is proportionally spaced, has a typeface of 14 points or more, and contains 91 words, excluding the parts of the motion exempted from length limits by Rules 27(d)(2) and 32(f).

                                                  */s/ Andrew Rosenzweig*
                                                  Andrew Rosenzweig

## CERTIFICATE OF SERVICE

I hereby certify that, on December 29, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Andrew Rosenzweig*
Andrew Rosenzweig