# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-13187
_____

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

                                                          *Plaintiff-Appellant*,

versus

RED ROOF INNS, INC.,
RED ROOF FRANCHISING, LLC,
RRI WEST MANAGEMENT, LLC,
FMW RRI NC, LLC,
JANE DOE, #1, et al.,

                                                          *Defendants-Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02047-LMM

_____

ORDER:

    The motion to withdraw as counsel for the Appellant filed by Attorney Andrew J. Rosenzweig is GRANTED.

                                             /s/ Elizabeth L. Branch
                                       UNITED STATES CIRCUIT JUDGE