# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-13187

_____

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

        *Plaintiff-Appellant,*

versus

RED ROOF INNS, INC.,
RED ROOF FRANCHISING, LLC,
RRI WEST MANAGEMENT, LLC,
FMW RRI NC, LLC,
JANE DOE, #1, et al.,

        *Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02047-LMM

_____

ORDER:

    The motion of the Complex Insurance Claims Litigation Association and the American Property Casualty Insurance

2                       Order of the Court                       25-13187

Association for leave to file an amicus brief is GRANTED to the extent they have leave to file the brief submitted with their motion.

                                      /s/ Barbara Lagoa
                                      UNITED STATES CIRCUIT JUDGE