**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk

In Replying Give Number
Of Case and Names of Parties

August 21, 2026

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **DECEMBER 14, 2026, IN ATLANTA, GEORGIA. COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT. IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.** ***Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court. See 11th Cir.R.34-4(e). An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).***

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #5.***

| | |
|---|---|
| 25-13731 | Noach Newman, et al. v. The Associated Press (REVISED ARGUMENT DATE) |
| 25-10184 (Consolidated with 25-10186, 25-10613 and 25-11163) | Disability Rights Florida, et al. v. Florida Secretary of State (REVISED ARGUMENT DATE) |
| 25-12987 | Maurice Carr v. Reginald Scandrett, et al. |
| 25-14161 | Elmer Williams v. Secretary, Florida Dept. of Corrections |
| 25-12951 | Darren Hunter v. Netflix, Inc., et al. |
| 25-12772 | United States v. Christopher Hyatt |
| 25-12162 | United States v. David Wright |
| 24-11515 | Charles Black v. Florida Dept. of Highway Safety and Motor Vehicles, et al. |
| 25-13096 | The Prudential Insurance Company of America v. Carol Gardina, et al. |
| 25-13764 | Omar Santos, et al. v. Experian Information Solutions, Inc. |
| 24-13427 | Berkley Insurance Company, et al. v. Suffolk Construction Company, Inc. |
| 26-10155 | William Lawshe v. Mikayla Preston, et al. |
| 26-10070 | Hayes Medical Staffing, LLC v. Allison Patierno, et al. |
| 25-11369 | David Kennedy v. Kenny Weston |
| 25-13187 | Liberty Mutual Fire Insurance Company v. Red Roof Inns, Inc., et al. |
| 25-13761 | Adam Silbiger, et al. v. Commissioner of Internal Revenue |